UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-82041-MIDDLEBROOKS/Reinhart

BRENDA LAPLATTE,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court on a Report and Recommendation issued by Magistrate Judge Bruce E. Reinhart (the "Report") on October 12, 2022. (DE 21). The Report recommends dismissing without prejudice Plaintiff's Complaint (DE 1) and denying as moot Defendant's Unopposed Motion for an Enlargement of Time (DE 19). The Parties have not filed objections.

After conducting an independent *de novo* review of the record in this case, I agree with Judge Reinhart's Report and Recommendation.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Report (DE 21) is **ADOPTED** in its entirety.

(2) Plaintiff's Complaint (DE 1) is **DISMISSED WITHOUT PREJUDCE**.

    a. Should Plaintiff intend on filing an Amended Complaint, she must do so on or by **December 8, 2022**.

(3) Defendant's Unopposed Motion for an Enlargement of Time (DE 19) is **DENIED AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 1st day of December, 2022.

*[signature]*

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE